[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 10, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-11076
Non-Argument Calendar

_____

D. C. Docket No. 07-00020-CR-CAR-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAURUS BROOKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 10, 2008)

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Taurus Brooks in this direct criminal

appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brooks's conviction and sentence are **AFFIRMED**.